# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LaSHAWN ANTHONY SMITH

NO. 2022 KW 0560

**AUGUST 29, 2022**

---

In Re:   LaShawn Anthony Smith, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 587,665.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** If the substantive claim has no merit, then the contention that counsel is ineffective for failing to raise the issue also has no merit. See **State ex rel. Roper v. Cain**, 99-2173 (La. App. 1st Cir. 10/26/99), 763 So.2d 1, 5 (*per curiam*), <u>writ denied</u>, 2000-0975 (La. 11/17/00), 773 So.2d 733.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Smf*
DEPUTY CLERK OF COURT
FOR THE COURT